UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L COLE,

    PETITIONER,

-vs-                                        Case No. 5:16-cv-00277-WTH-CAS

JULIE L JONES,

    RESPONDENT.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 15, 2017. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 16. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Petitioner's objections are overruled and the Magistrate Judge's Report and Recommendation, Doc. 12, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Doc. 1, is **DENIED.**"

3. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 15th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE